# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

LLOYD THOMAS BERNHARD II , ET AL. ,

V.

**SUMMONS IN A CIVIL CASE**

COUNTY OF SAN JOAQUIN , ET AL. ,

CASE NO: **2:21-CV-00172-JAM-DB**

TO: Arbuckle, Leslie Billings, Child Protective Services, County of San Joaquin, County of San Joaquin Sheriff's Department, Marisol Enos-Schaffer, Yeni Gonzales, Sonia Piva, Danevia Rhone, San Joaquin County Health and Human Services Agency, Adrenna Torrence
Defendant's Address:



FILED

APR 25 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

**YOU ARE HEREBY SUMMONED** and required to serve on

**Lloyd Thomas Bernhard, II, Stephanie Celeste Tejada-Otero
25526 S. Bird Road
Tracy, CA 95403**

an answer to the complaint which is served on you with this summons, within **21** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**KEITH HOLLAND**
CLERK

/s/  A. Benson
_____



(By) DEPUTY CLERK

ISSUED ON 2021-04-01 09:30:30 , Clerk
USDC EDCA

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me (1) | DATE April 22, 2022 |
| NAME OF SERVER (PRINT) Roxane Bernhard | TITLE Individual |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: All named Defendants ∧ San Joaquin County Board of Supervisors, Clerk, 44 N. San Joaquin Street, Suite 627 Stockton, CA 95202

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: Agent for Service of Process, Janny Som

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL No Charge - zero -0- | SERVICES No Charge zero -0- | TOTAL No Charge zero -0- |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 22, 2022   Roxane Bernhard
                Date              Signature of Server
                                  975 E Street, Unit B
                                  Tracy, CA 95376
                                  Address of Server

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

LLOYD THOMAS BERNHARD II , ET AL. ,

V.

COUNTY OF SAN JOAQUIN , ET AL. ,

SUMMONS IN A CIVIL CASE

CASE NO: 2:21-CV-00172-JAM-DB

TO: Arbuckle, Leslie Billings, Child Protective Services, County of San Joaquin, County of San Joaquin Sheriff's Department, Marisol Enos-Schaffer, Yeni Gonzales, Sonia Piva, Danevia Rhone, San Joaquin County Health and Human Services Agency, Adrenna Torrence
Defendant's Address:

**YOU ARE HEREBY SUMMONED** and required to serve on

Lloyd Thomas Bernhard, II, Stephanie Celeste Tejada-Otero
25526 S. Bird Road
Tracy, CA 95403

an answer to the complaint which is served on you with this summons, within **21** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**KEITH HOLLAND**
CLERK

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Lloyd Thomas Bernhard, II
Stephanie Celeste Tejada-Otero

**DEFENDANTS**

(b) County of Residence of First Listed Plaintiff: San Joaquin
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: San Joaquin
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*: In Pro Se
25526 S. Bird Road
Tracy, CA 95304

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State YES | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

[Nature of Suit categories listed with checkboxes — "440 Other Civil Rights" marked with X]

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 USC 1983
Brief description of cause:
Violation of Civil Rights, Monell Based Claim, Pendant State Claims

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE
DOCKET NUMBER: 2:21-CV-0172 JAM DB PS

DATE: 1-28-21
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

Lloyd Thomas Bernhard, II, In Pro Se
25526 S. Bird Road
Tracy, California 95403
T: (415) 917-0266
E: bernhardltb@gmail.com

Stephanie Celeste Tajada-Otero, In Pro Se
25526 S. Bird Road
Tracy, California 95403
T: (415) 917-0266
E: redwooodforestt@gmail.com

Plaintiffs, In Pro Se



FILED

JAN 28 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK
BOARD OF SUPERVISORS

APR 22 2022

RECEIVED

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD THOMAS BERNHARD, II, An individual, STEPHANIE CELESTE TEJADA-OTERO, An individual,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN JOAQUIN, a public entity, SAN JOAQUIN COUNTY HEALTH, AND HUMAN SERVICES AGENCY A subdivision or entity of THE COUNTY OF SAN JOAQUIN, ADRENNA TORRENCE, an individual, LESLIE BILLINGS, an individual SONIA PIVA, an individual, ARBUCKLE, first name unknown, An individual, DANEVIA RHONE, an individual, MARISOL ENOS-SCHAFFER, an individual YENI GONZALES, an individual, And DOES 1 through 50,<br><br>Defendants. | CASE NO: 2:21-CV-0172 JAM DB PS<br><br>**COMPLAINT FOR DAMAGES**<br><br>**First Cause of Action:**<br>Violation of Civil Rights (42 U.S.C. Section 1983) Fourteenth Amendment-Deception in The Presentation of Evidence/ Interference with Familial Assn.<br><br>**Second Cause of Action:**<br>Violation of Civil Rights 42 U.S.C. Section 1983) First Amendment Retaliation/Coercion<br><br>**Third Cause of Action:**<br>Violation of Civil Rights Fourteenth Amendment - Unwarranted Forensic Medical Examination and/or Interview of Child(ren) Interference with Familial Association |

COMPLAINT FOR DAMAGES