1  DANA A. SUNTAG (California State Bar # 125127)
2  JOSHUA J. STEVENS (California State Bar # 238105)
   AMY N. SEILLIERE (California State Bar # 335694)
3  HERUM\CRABTREE\SUNTAG
   A Limited Liability Partnership
4  5757 Pacific Avenue, Suite 222
   Stockton, CA  95207
5  Telephone: (209) 472-7700
6  dsuntag@herumcrabtree.com

7  Attorneys for All Defendants

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  LLOYD THOMAS BERNARD, II, et al.,     )   Case No.: 2:21-cv-00172-JAM-DB
                                          )
12             Plaintiffs,                )
                                          )   **DECLARATION OF JANNY SOM IN**
13        vs.                             )   **SUPPORT OF DEFENDANTS ADRENNA**
                                          )   **TORRENCE, LESLIE BILLINGS, SONIA**
14  COUNTY OF SAN JOAQUIN, et al.         )   **PIVA, ARBUCKLE, DANEVIA RHONE,**
                                          )   **MARISOL ENOS-SCHAFFER, AND YENI**
15             Defendants.                )   **GONZALES' MOTION TO DISMISS**
                                          )   **COMPLAINT**
16                                        )
                                          )
17                                        )
                                          )   **Date: July 1, 2022**
18                                        )   **Time: 10:00 a.m.**
                                          )   **Place: Courtroom 27**
19                                        )
                                          )
20                                        )
                                          )
21  _____  )

22

23

24

25

26

27

28

                        DECLARATION OF JANNY SOM

<u>DECLARATION OF JANNY SOM</u>

I, JANNY SOM, declare:

1.  I am, and was on April 22, 2022, employed as an Office Assistant in the Office of the Clerk of the Board of Supervisors of the County of San Joaquin. I have personal knowledge of the facts in this Declaration and, if called on, could and would testify to them.

2.  I am not, and have never been, an agent for service of process for Adrenna Torrence, Leslie Billings, Sonia Piva, "Arbuckle," Danevia Rhone, Marisol Enos-Schaffer, or Yeni Gonzalez.

3.  None of those individuals have ever appointed or authorized me to receive service of process for any of them, and I have never been appointed by law to receive service of process for any of them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 10, 2022, at Stockton, California.

JANNY SOM

DECLARATION OF JANNY SOM

# PROOF OF SERVICE

I, KAYLA FRANCO, declare:

I am over the age of 18 years and not a party to this action. My business address is HERUM \ CRABTREE \ SUNTAG, 5757 Pacific Avenue, Suite 222, Stockton, CA 95207. On the date set forth below, I served the following document:

1. **DEFENDANTS ADRENNA TORRENCE, LESLIE BILLINGS, SONIA PIVA, ARBUCKLE, DANEVIA RHONE, MARISOL ENOS-SCHAFFER, AND YENI GONZALES' NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES; and**

2. **DECLARATION OF JANNY SOM IN SUPPORT OF DEFENDANTS ADRENNA TORRENCE, LESLIE BILLINGS, SONIA PIVA, ARBUCKLE, DANEVIA RHONE, MARISOL ENOS-SCHAFFER, AND YENI GONZALES' MOTION TO DISMISS COMPLAINT**

**[ X ]  BY U.S. MAIL**. By enclosing the document(s) in a sealed envelope(s) addressed to the person(s) set forth below, and placing the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing of correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

*Pro Se Plaintiffs*

Lloyd Thomas Bernhard, II
Stephanie Celeste Tejada-Otero
25526 S. Bird Road
Tracy, California 95304

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signed on May 13, 2022, at Stockton, California.

_____
KAYLA FRANCO

HERUM \ CRABTREE \ SUNTAG
ATTORNEYS