DANA A. SUNTAG (California State Bar # 125127)
JOSHUA J. STEVENS (California State Bar # 238105)
AMY N. SEILLIERE (California State Bar # 335694)
HERUM\CRABTREE\SUNTAG
A Limited Liability Partnership
5757 Pacific Avenue, Suite 222
Stockton, CA 95207
Telephone: (209) 472-7700
dsuntag@herumcrabtree.com

Attorneys for All Defendants

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD THOMAS BERNARD, II, et al., | Case No.: 2:21-cv-00172-JAM-DB |
| Plaintiffs, | |
| vs. | **DEFENDANTS COUNTY OF SAN JOAQUIN AND HUMAN SERVICES AGENCY'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTION TO DISMISS COMPLAINT** |
| COUNTY OF SAN JOAQUIN, et al. | |
| Defendants. | |
| | **Date: July 1, 2022** |
| | **Time: 10:00 a.m.** |
| | **Place: Courtroom 27** |
| | **[MOTION TO DISMISS FILED CONCURRENTLY]** |

1

HERUM\CRABTREE\SUNTAG
ATTORNEYS

Pursuant to Federal Rule of Evidence 201(b)(2), Defendants County of San Joaquin (the "County") and Human Services Agency ("HSA") respectfully request the Court to take judicial notice of the following items in support of their motion to dismiss Plaintiff's Complaint:

1. A list of the County's departments is on the County's Department webpage: https://www.sjgov.org/government/department-list. A true and correct copy of this webpage, listing the County's departments and their divisions (or bureaus), is **Exhibit A**. HSA is listed as a department of the County.

2. The County's website for the County Administrator is located at: https://www.sjgov.org/department/cao. A true and correct copy of the County's organizational chart, located after selecting "General Information" and then "Functional Chart" from this webpage, is **Exhibit B**.

3. The County Administrator's webpage is located at: https://www.sjgov.org/department/cao. A true and correct copy of excerpts from the "Organizational Chart 2021-22" PDF obtainable on this webpage, including the Table of Contents that lists the County Departments—including HSA—and the section of the PDF dedicated to the HSA (starting at page 14.1), showing each of its divisions (or bureaus), is **Exhibit C**.

4. True and correct copies of excerpts of the County's annual budgets for 2019 and 2020, showing the County funds HSA, are **Exhibit D**. The County's annual budgets from 2009 through 2021 are located at: https://www.sjgov.org/department/cao/county-budget. The right hand column of that page contains links for both the proposed and final budgets for each fiscal year, in descending chronological order.

A court may take judicial notice of facts that are not subject to reasonable dispute because they "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). The court "must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2). *See Emrich v. Touche Ross & Co.*, 846 F.2d 1190, 1198 (9th Cir. 1988) (court can take judicial notice of materials on a Rule 12(b)(6) motion); *United States v. Ca.*, 2018 U.S. Dist. Lexis 100908, *10 (E.D. Cal. 2018) ("[t]he Court may take judicial

HERUM \ CRABTREE \ SUNTAG
ATTORNEYS

notice of records and reports of government entities, including when that information is posted on a government webpage"), citing *Anderson v. Holder*, 673 F.3d 1089, 1094 n. 1 (9th Cir. 2012).

Dated: May 13, 2022

HERUM\CRABTREE\SUNTAG
A Limited Liability Partnership

By: ___/s/ Dana A. Suntag___
      DANA A. SUNTAG
      Attorneys for All Defendants



DEFENDANTS COUNTY OF SAN JOAQUIN AND HUMAN SERVICES AGENCY'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS COMPLAINT

Exhibit A



# Departments

| | |
|---|---|
| Agricultural Commissioner | Health Care Services |
| Assessor / Recorder / County Clerk | Human Resources |
| Auditor Controller | Human Services Agency |
| Board of Supervisors | Information Systems Division |
| Child Support Services | Office of Emergency Services |
| Community Development | Parks and Recreation |
| Clerk of the Board | Probation |
| Cooperative Extension (UC Davis) | Public Defender |
| County Administrator | Public Works |
| County Counsel | Purchasing & Support Services |
| District Attorney | Registrar of Voters |
| Emergency Medical Services | SJC Employee Retirement Association |
| Employment and Economic Development Department | San Joaquin County General Hospital |
| Environmental Health | Sheriff's Office |
| General Services | Stockton Metropolitan Airport |
| | Treasurer - Tax Collector |

# Government

Department List

Employment  Opportunities

County Services Directory

# Residents

Property & Tax Information

Road & Lane Closure Information

Parks & Recreation

# Help Center

Calendar

Terms and Conditions

Privacy Policy

Enterprise System Catalog

Board Meeting Agendas

Employee Email



Select Language | ▼

© Copyright 2022 San Joaquin County

Exhibit B



🏠 > Department > County Administrator > General Information > Functional Organization Chart

# County Administrator's Office

Home    County Budget    General Information ⌄    Ordinance Code    Indirect Cost Rate    Programs & Services ⌄



Exhibit C



# 2021-2022
## ORGANIZATIONAL CHART

Office of the County Administrator  •  November 22, 2021



**Office of the County Administrator**
**Jerome C. Wilverding, County Administrator**
**Sandra Regalo,** *Assistant County Administrator*

November 22, 2021

**2021-2022 San Joaquin County Organizational Chart**

On June 23, 2021, the San Joaquin County Board of Supervisors adopted the 2021-2022 County budget and approved a total of 7,679 full-time equivalent (FTE) positions for the delivery of essential County services. The 7,679 FTE positions are comprised of 6,868 allocated positions and 811 FTE temporary/extra-help positions.

The 2021-2022 San Joaquin County Organizational Chart serves as a reference document for Board Members, the public, and County departments. This book:

❖ Identifies the various and diverse components of the County's organizational structure and relates the role of each organization and its sub-units as depicted by the department for 2021-2022.

❖ Details the total number and organizational deployment of 6,868 allocated positions approved by the Board of Supervisors for 2021-2022; temporary/extra-help positions are not included. Position changes subsequent to the adoption of the Final Budget are not reflected in this book.

This book is published to foster greater understanding of San Joaquin County government through a detailed presentation of its organizational structure.

Very truly yours,

Jerome C. Wilverding
County Administrator

# County of San Joaquin
# Functional Organization Chart



| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **Voters** | | | |
| | | | **Board of Supervisors** | | | |
| | | | **County Administrator** | | | |
| **General Government & Capital Maintenance** | **Law & Justice** | **Roads & Facilities** | **Health Services** | **Human Services** | **Environmental Protection** | **Education & Recreation** |
| Assessor-Recorder-County Clerk | District Attorney | Stockton Metropolitan Airport | Environmental Health | Employment & Economic Development | Agricultural Commissioner Weights & Measures | Cooperative Extention |
| Auditor-Controller | Sheriff-Coroner-Public Administrator | Public Works | Health Care Services | Human Services | Community Development | Library System |
| Treasurer-Tax Collector | Child Support Services | | San Joaquin General Hospital | | | Parks & Recreation |
| County Counsel | Probation | | County Support to PPH-FQHC (Clinics) | | | |
| General Services | Public Defender | | | | | |
| Human Resources | | | | | | |
| Information Systems | | | | | | |
| Purchasing & Support Services | | | | | | |
| Registrar of Voters | | | | | | |

| |
|---|
| Elected Officials |
| Department Heads Appointed by Board of Supervisors |
| Department Heads Appointed by County Administrator |
| Department Heads Appointed by Non-County governmental Entity |

# Table of Contents

**Agricultural Commissioner** .................................. 1.1
  Weights & Measures

**Assessor-Recorder-County Clerk** ..................... 2.1

**Auditor-Controller** ............................................. 3.1

**Board of Supervisors/Clerk of the Board** .......... 4.1

**Child Support Services** ..................................... 5.1

**Community Development** ................................. 6.1

**Cooperative Extension** ..................................... 7.1

**County Administrator** ....................................... 8.1
  General Services
  Emergency Services
  Parks & Recreation
  Human Resources
  Information Systems
  Purchasing & Support Services
  Registrar of Voters

**County Counsel** ............................................... 9.1

**District Attorney** ............................................. 10.1

**Employment & Economic Development** ............ 11.1

**Environmental Health** ..................................... 12.1

**Health Care Services Agency** ........................... 13.1
  Health Care Services Administration
  Emergency Medical Services
  Behavioral Health Services
  Mental Health Services
  Mental Health Pharmacy
  Public Guardian/Conservator
  Substance Abuse Services
  Correctional Health Services
  Public Health Services
  Veterans Services
  Medical Examiner
  Neighborhood Preservation

**Human Services Agency** .................................. 14.1
  Adult & Community Services
  Mary Graham Children's Shelter

**Probation Department** ..................................... 15.1

**Public Defender** ............................................. 16.1

**Public Works** ................................................. 17.1

**San Joaquin General Hospital** ......................... 18.1

**SJC Clinics (Support to PPH-FQHC)**................. 19.1

**Sheriff-Public Administrator** ............................ 20.1

**Stockton Metropolitan Airport** ......................... 21.1

**Treasurer-Tax Collector** .................................. 22.1
  Revenue & Recovery

Exhibit D



**Board of Supervisors**

**Miguel Villapudua,** *Chair, First District*
**Tom Patti,** *Vice Chair, Third District*
**Katherine Miller,** *Second District*
**Chuck Winn,** *Fourth District*
**Bob Elliott,** *Fifth District*
**Rachél DeBord,** *Clerk of the Board of Supervisors*

October 24, 2019

To the Citizens of San Joaquin County:

## Fiscal Year 2019-2020 County Budget

The Final Budget of San Joaquin County for the fiscal year beginning July 1, 2019, totals $1,803,049,348. This includes the General Funds, Special Revenue Funds, Capital Project Funds, and three Enterprise operations. The Board of Supervisors adopted the Final Budget on June 26, 2019, following public hearings on the Proposed 2019-2020 County Budget.

The budget provides appropriations for the operation of all departments and agencies of County government. The budget is fully offset by estimated revenues which will finance the spending plan. The Appropriations and Sources of Funding are summarized below:

| All Funds | 2019-2020 Budget | Percentage of Total |
|---|---|---|
| **Appropriations** | | |
| *Departmental Appropriations* | $1,798,092,873 | 99.7% |
| *Appropriations for Contingencies* | 4,956,475 | 0.3% |
| *Total Appropriations* | $1,803,049,348 | 100.0% |
| | | |
| **Sources of Funding** | | |
| *Departmental Revenues* | $1,484,138,758 | 82.3% |
| *General Purpose Revenues* | 298,500,069 | 16.5% |
| *Fund Balance* | | |
| *General Fund* | 0 | 0.0% |
| *All Other Funds* | 20,410,521 | 1.1% |
| *Total Sources of Funding* | $1,803,049,348 | 100.0% |

The 2019-2020 General Funds budget totals $945,300,495, which includes an appropriation of $4,956,475 for contingencies. The General Funds represent approximately 52.4% of the overall County budget and the Appropriations and Sources of Funding are as follows:

| General Funds | 2019-2020 Budget | Percentage of Total |
|---|---|---|
| **Appropriations** | | |
| *Departmental Appropriations* | $940,344,020 | 99.5% |
| *Appropriations for Contingencies* | 4,956,475 | 0.5% |
| *Total Appropriations* | $945,300,495 | 100.0% |
| *Departmental Revenues* | 646,800,426 | 68.4% |
| *Net County Cost* | $298,500,069 | 31.6% |
| | | |
| **Sources of Funding** | | |
| *General Purpose Revenues* | $298,500,069 | 100.0% |
| *Fund Balance* | | |
| *General Fund* | 0 | 0.0% |
| *Total Sources of Funding* | $298,500,069 | 100.0% |

## Spending Plan

The $1,803,049,348 spending plan includes a basic budget totaling $1,344,866,342 plus enterprise funds for the County Service Area (CSA) 31 – Sewer, San Joaquin General Hospital, Solid Waste Division, and Stockton Metropolitan Airport of $458,183,005. The requirements to finance all County programs are allocated in ten functional areas as depicted below:

### 2019-2020 Spending Plan



Environmental Protection
$21.1M (1.2%)

General Government
$75.7M (4.2%)

Roads & Facilities
$100.4M (5.6%)

Parks & Recreation
$5.6M (0.3%)

Law & Justice
$379.8M (21.1%)

Human Services
$443.8M (24.6%)

Contingencies
$5.0M (0.3%)

Education
$8.2M (0.4%)

Capital
Maintenance
$15.0M (0.8%)

Health Services
$747.6M (41.5%)

**Total: $1.80 Billion**

*EQUIPMENT*

| DESCRIPTION | | UNITS | --RECOMMENDED---<br>AMOUNT | -------ADOPTED-------<br>UNITS | AMOUNT |
|---|---|---|---|---|---|
| **BUDGET UNIT - 1013000000 - REGISTRAR OF VOTERS** | | | | | |
| 3001 ELECTRONIC VOTING SYSTEM | | 1 | $2,160,411 | 1 | $2,160,411 |
| 3002 E-POLL BOOKS | | 1 | 489,355 | 1 | 489,355 |
| | TOTAL | | $2,649,766 | | $2,649,766 |
| **BUDGET UNIT - 2020200000 - DISTRICT ATTORNEY'S OFFICE** | | | | | |
| 1001 VEHICLES | | 1 | $30,000 | 1 | $30,000 |
| | TOTAL | | $30,000 | | $30,000 |
| **BUDGET UNIT - 2020300000 - DA-CHILD SUPPORT SERVICES** | | | | | |
| 1001 MODULAR WORKSTATIONS | | 20 | $176,880 | 20 | $176,880 |
| | TOTAL | | $176,880 | | $176,880 |
| **BUDGET UNIT - 2021602000 - SHERIFF - BOATING SAFETY** | | | | | |
| 1001 SONAR EQUIPMENT | | 3 | $21,000 | 3 | $21,000 |
| | TOTAL | | $21,000 | | $21,000 |
| **BUDGET UNIT - 2021609000 - CALIFORNIA METHAMPHETAMINE ENFORCEMENT TEAM** | | | | | |
| 1001 AIRPLANE TRANSPONDER | | 1 | $10,000 | 1 | $10,000 |
| | TOTAL | | $10,000 | | $10,000 |
| **BUDGET UNIT - 2021610000 - SHERIFF - AUTOMATED FINGERPRINT** | | | | | |
| 3001 AUTOMATION EQUIPMENT | | 1 | $1,000,000 | 1 | $1,000,000 |
| | TOTAL | | $1,000,000 | | $1,000,000 |
| **BUDGET UNIT - 2021615000 - SHERIFF - MOUNTAIN HOUSE** | | | | | |
| 1001 INTERVIEW ROOM | | 1 | $54,543 | 1 | $54,543 |
| | TOTAL | | $54,543 | | $54,543 |
| **BUDGET UNIT - 2021616000 - SHERIFF - PORT SECURITY GRANT** | | | | | |
| 1001 REGIONAL RESPONSE VESSEL | | 1 | $442,926 | 1 | $442,926 |
| | TOTAL | | $442,926 | | $442,926 |
| **BUDGET UNIT - 2021620000 - SHERIFF - PATROL** | | | | | |
| 1001 CANINES | | 3 | $37,500 | 3 | $37,500 |
| 1002 WORKSTATION | | 1 | 10,000 | 1 | 10,000 |
| | TOTAL | | $47,500 | | $47,500 |
| **BUDGET UNIT - 2021622000 - SHERIFF - COMMUNICATIONS** | | | | | |
| 1001 DISPATCH CONSOLES | | 5 | $135,000 | 5 | $135,000 |
| | TOTAL | | $135,000 | | $135,000 |
| **BUDGET UNIT - 2021626000 - SHERIFF - DETECTIVES** | | | | | |

| DESCRIPTION | UNITS | --RECOMMENDED---<br>AMOUNT | UNITS | ----ADOPTED-------<br>AMOUNT |
|---|---|---|---|---|
| 1001 VISION X MICROSCOPE | 1 | $25,083 | 1 | $25,083 |
| 1002 AIRPLANE CAMERA | 1 | 725,011 | 1 | 725,011 |
| 1003 VEHICLE | 1 | 30,000 | 1 | 30,000 |
| 1004 VEHICLES | 2 | 89,030 | 2 | 89,030 |
| 2001 PORTABLE RADIOS | 2 | 12,600 | 2 | 12,600 |
| 2002 MOBILE RADIOS | 2 | 16,000 | 2 | 16,000 |
| TOTAL | | $897,724 | | $897,724 |

**BUDGET UNIT - 2021645000 - SHERIFF - ADMINISTRATION/SUPPORT SERVICES**

| | | | | |
|---|---|---|---|---|
| 1001 EVIDENCE ROOM DRYING CABINET 64" | 2 | $24,220 | 2 | $24,220 |
| 1002 EVIDENCE ROOM DRYING CABINET 32" | 1 | 7,811 | 1 | 7,811 |
| TOTAL | | $32,031 | | $32,031 |

**BUDGET UNIT - 2021649000 - SHERIFF - INFORMATION SYSTEMS**

| | | | | |
|---|---|---|---|---|
| 3001 STORAGE FOR FLIR CAMERA SYSTEM | 1 | $19,623 | 1 | $19,623 |
| 3002 CAMERA SYSTEM FOR EVIDENCE ROOM | 1 | 34,760 | 1 | 34,760 |
| 3003 HARD DRIVE ARRAY FOR BACKUP SYS | 1 | 16,352 | 1 | 16,352 |
| TOTAL | | $70,735 | | $70,735 |

**BUDGET UNIT - 2021650000 - SHERIFF - LATHROP POLICE CONTRACT**

| | | | | |
|---|---|---|---|---|
| 1001 MOTORCYCLE RADAR | 1 | $3,800 | 1 | $3,800 |
| 1002 MOTORCYCLE | 1 | 30,000 | 1 | 30,000 |
| 2001 MOBILE RADIOS | 2 | 16,000 | 2 | 16,000 |
| 2002 PORTABLE RADIOS | 2 | 12,600 | 2 | 12,600 |
| TOTAL | | $62,400 | | $62,400 |

**BUDGET UNIT - 2021655000 - SHERIFF - PATROL-SLESF-AB109**

| | | | | |
|---|---|---|---|---|
| 1001 LICENSE PLATE READER SYSTEM | 1 | $22,089 | 1 | $22,089 |
| 1002 NEGOTIATIONS TACTICAL PHONE | 1 | 13,899 | 1 | 13,899 |
| 1003 FORENSIC EXTRACTION DEVICE | 1 | 9,903 | 1 | 9,903 |
| 1004 FUMING CHAMBER | 1 | 13,727 | 1 | 13,727 |
| 2001 DUAL BAND RADIO | 1 | 10,000 | 1 | 10,000 |
| 3001 DIGITAL LOGGING RECORDER | 1 | 42,635 | 1 | 42,635 |
| TOTAL | | $112,253 | | $112,253 |

**BUDGET UNIT - 2021657000 - SHERIFF - CUSTODY-SLESF-AB109**

| | | | | |
|---|---|---|---|---|
| 1001 WALK-THROUGH METAL DETECTORS | 8 | $94,820 | 8 | $94,820 |
| 1002 BARIATRIC HOSPITAL BED | 1 | 5,360 | 1 | 5,360 |
| 1003 TRASH COMPACTORS | 2 | 61,196 | 2 | 61,196 |
| 3001 HONOR FARM CAMERA UPGRADE | 1 | 8,753 | 1 | 8,753 |
| TOTAL | | $170,129 | | $170,129 |

**BUDGET UNIT - 2021658000 - SHERIFF - COURT SERVICES**

| | | | | |
|---|---|---|---|---|
| 2001 DIGITAL LOGGER | 1 | $5,450 | 1 | $5,450 |
| TOTAL | | $5,450 | | $5,450 |

**BUDGET UNIT - 2022600000 - SHERIFF - CUSTODY**

| | | | | |
|---|---|---|---|---|
| 1001 PORTABLE ROOM DIVIDER | 1 | $6,301 | 1 | $6,301 |
| 1002 WORKSTATION | 1 | 11,327 | 1 | 11,327 |
| 1003 VEHICLES | 2 | 92,000 | 2 | 92,000 |

| DESCRIPTION | --RECOMMENDED--- UNITS | AMOUNT | -------ADOPTED------- UNITS | AMOUNT |
|---|---|---|---|---|
| 2001  PORTABLE RADIOS | 3 | 18,900 | 3 | 18,900 |
| TOTAL | | $128,528 | | $128,528 |

**BUDGET UNIT - 2022610000 - SHERIFF - LOCAL COMMUNITY CORRECTIONS**

| DESCRIPTION | UNITS | AMOUNT | UNITS | AMOUNT |
|---|---|---|---|---|
| 2001  PORTABLE RADIOS | 2 | $12,600 | 2 | $12,600 |
| TOTAL | | $12,600 | | $12,600 |

**BUDGET UNIT - 2022700000 - PROBATION - JUVENILE**

| DESCRIPTION | UNITS | AMOUNT | UNITS | AMOUNT |
|---|---|---|---|---|
| 1001  VEHICLE | 1 | $36,000 | 1 | $36,000 |
| TOTAL | | $36,000 | | $36,000 |

**BUDGET UNIT - 2024700000 - AGRICULTURAL COMMISSIONER**

| DESCRIPTION | UNITS | AMOUNT | UNITS | AMOUNT |
|---|---|---|---|---|
| 1001  WEIGHT TRUCK CRANE | 1 | $150,000 | 1 | $150,000 |
| 1002  ELECTRIC VEHICLE CHARGING STATION | 1 | 35,000 | 1 | 35,000 |
| 1003  PARKING AREA FENCE EXTENSION | 1 | 150,000 | 1 | 150,000 |
| 1004  WEIGHT TRUCK | 1 | 200,000 | 1 | 200,000 |
| 1005  VEHICLES | 2 | 56,000 | 2 | 56,000 |
| TOTAL | | $591,000 | | $591,000 |

**BUDGET UNIT - 2025600000 - COMMUNITY DEVELOPMENT**

| DESCRIPTION | UNITS | AMOUNT | UNITS | AMOUNT |
|---|---|---|---|---|
| 1001  TERMINAL SERVER REPLACEMENT | 3 | $45,000 | 3 | $45,000 |
| TOTAL | | $45,000 | | $45,000 |

**BUDGET UNIT - 2026000150 - HOMELAND SECURITY GRANTS**

| DESCRIPTION | UNITS | AMOUNT | UNITS | AMOUNT |
|---|---|---|---|---|
| 2001  FORENSIC LAB GENOME SEQUENCER | 1 | $115,177 | 1 | $115,177 |
| 2002  MEDNET COMMUNICATIONS SYS | 1 | 597,765 | 1 | 597,765 |
| 2003  TWO-WAY RADIO TRUNKING SITE | 1 | 415,168 | 1 | 415,168 |
| TOTAL | | $1,128,110 | | $1,128,110 |

**BUDGET UNIT - 3030101000 - PUBLIC WORKS - ADMINISTRATION**

| DESCRIPTION | UNITS | AMOUNT | UNITS | AMOUNT |
|---|---|---|---|---|
| 1001  SECURITY CAMERA SYSTEM | 1 | $80,000 | 1 | $80,000 |
| TOTAL | | $80,000 | | $80,000 |

**BUDGET UNIT - 3030103000 - PUBLIC WORKS - ENGINEERING**

| DESCRIPTION | UNITS | AMOUNT | UNITS | AMOUNT |
|---|---|---|---|---|
| 1001  SURVEY EQUIPMENT | 1 | $6,500 | 1 | $6,500 |
| TOTAL | | $6,500 | | $6,500 |

**BUDGET UNIT - 3030105000 - PUBLIC WORKS - ROAD MAINTENANCE**

| DESCRIPTION | UNITS | AMOUNT | UNITS | AMOUNT |
|---|---|---|---|---|
| 1001  BOBTAIL TRUCK | 1 | $125,000 | 1 | $125,000 |
| 1002  STRIPING TRUCK | 1 | 375,000 | 1 | 375,000 |
| 1003  DEBRIS COLLECTION TRUCK | 1 | 160,000 | 1 | 160,000 |
| 1004  BARRICADE TRUCK CONVERSION | 1 | 75,000 | 1 | 75,000 |
| 1005  AUTOMATED FLAGGING EQUIPMENT | 2 | 50,000 | 2 | 50,000 |
| 3001  MOBILE COMPUTING DEVICES | 12 | 11,520 | 12 | 11,520 |
| TOTAL | | $796,520 | | $796,520 |

**BUDGET UNIT - 4040500000 - MENTAL HEALTH SERVICES**

| DESCRIPTION | UNITS | AMOUNT | UNITS | AMOUNT |
|---|---|---|---|---|
| 1001  VOCERA DURESS ALARM | 1 | $210,000 | 1 | $210,000 |
| 1002  HEAT PUMPS | 1 | 20,000 | 1 | 20,000 |
| 1003  LED OUTDOOR LIGHTING | 1 | 125,000 | 1 | 125,000 |

| DESCRIPTION | UNITS | --RECOMMENDED---<br>AMOUNT | UNITS | ------ADOPTED-------<br>AMOUNT |
|---|---|---|---|---|
| 1004  PROTECTIVE WALL SHEETS | 1 | 48,000 | 1 | 48,000 |
| 1005  BOILER | 1 | 100,000 | 1 | 100,000 |
| 1006  REDESIGN CYS AND OP ADMIN | 1 | 25,000 | 1 | 25,000 |
| 1007  CUBICLE/FURNITURE - CYS AND IP | 1 | 75,000 | 1 | 75,000 |
| 1008  24/7 ACCESS/CALL CENTER WORKSTAT | 1 | 40,000 | 1 | 40,000 |
| 1009  VEHICLES | 5 | 175,000 | 5 | 175,000 |
| 3001  COMPUTER EQUIPMENT | 1 | 360,000 | 1 | 360,000 |
| TOTAL | | $1,178,000 | | $1,178,000 |

**BUDGET UNIT - 4040700000 - BEHAVIORAL HEALTH ADMINISTRATION**

| DESCRIPTION | UNITS | AMOUNT | UNITS | AMOUNT |
|---|---|---|---|---|
| 1001  BACKFLOW VALVE REPLACEMENT | 1 | $20,000 | 1 | $20,000 |
| 1002  PUMP AND MOTOR REPLACEMENT | 1 | 30,000 | 1 | 30,000 |
| 1003  KEY CARD PATIO ACCESS | 1 | 20,000 | 1 | 20,000 |
| TOTAL | | $70,000 | | $70,000 |

**BUDGET UNIT - 4040800000 - UTILITY DISTRICTS**

| DESCRIPTION | UNITS | AMOUNT | UNITS | AMOUNT |
|---|---|---|---|---|
| 1001  MINI JET FLUSHER | 1 | $5,000 | 1 | $5,000 |
| 1002  GROUND PENETRATING RADAR | 1 | 50,000 | 1 | 50,000 |
| 1003  1 TON PICKUP | 1 | 34,000 | 1 | 34,000 |
| 3001  REMOTE MONITORING EQUIPMENT | 1 | 10,000 | 1 | 10,000 |
| TOTAL | | $99,000 | | $99,000 |

**BUDGET UNIT - 4041000000 - PUBLIC HEALTH SERVICES**

| DESCRIPTION | UNITS | AMOUNT | UNITS | AMOUNT |
|---|---|---|---|---|
| 1001  MOLECULAR DIAGNOSTIC EQUIPMENT | 1 | $23,000 | 1 | $23,000 |
| 1002  TAPE STATION UNIT | 1 | 30,000 | 1 | 30,000 |
| 1003  SERVER RACK | 1 | 23,000 | 1 | 23,000 |
| 1004  COMPUTER SERVERS | 2 | 46,000 | 2 | 46,000 |
| 1005  UNINTERRUPTABLE POWER SOURCE | 1 | 12,600 | 1 | 12,600 |
| 1006  COMPUTER SWITCHES | 4 | 40,000 | 4 | 40,000 |
| 1007  TAPE DRIVE | 1 | 15,000 | 1 | 15,000 |
| 1008  NETWORK EQUIPMENT | 1 | 30,000 | 1 | 30,000 |
| 1009  DIGITAL INFRASTRUCTURE EQUIPMENT | 1 | 30,000 | 1 | 30,000 |
| TOTAL | | $249,600 | | $249,600 |

**BUDGET UNIT - 5050101000 - HUMAN SERVICES AGENCY**

| DESCRIPTION | UNITS | AMOUNT | UNITS | AMOUNT |
|---|---|---|---|---|
| 1001  HVAC | 1 | $5,000,000 | 1 | $5,000,000 |
| 1002  FORKLIFT | 1 | 75,000 | 1 | 75,000 |
| 1003  FURNITURE - INFO SYS RECONFIG | 1 | 320,000 | 1 | 320,000 |
| 1004  FURNITURE - INTAKE RECONFIG | 1 | 520,000 | 1 | 520,000 |
| 3001  COMPASS UPGRADE | 1 | 30,000 | 1 | 30,000 |
| 3002  SQL 2017 UPGRADE | 1 | 120,000 | 1 | 120,000 |
| 3003  VARONIS | 1 | 120,000 | 1 | 120,000 |
| 3004  UPGRADE SRM SOFTWARE SYS | 1 | 40,000 | 1 | 40,000 |
| 3005  BLADES | 8 | 74,000 | 8 | 74,000 |
| 3006  NETWORK EQUIPMENT | 1 | 30,000 | 1 | 30,000 |
| 3007  COMVAULT REPLACEMENT | 1 | 220,000 | 1 | 220,000 |
| 3008  NETWORK SWITCH/CORE UPGRADE | 1 | 624,105 | 1 | 624,105 |
| 3009  NETWORK SWITCH/CORE UPGRADE SOFTWARE | 1 | 13,794 | 1 | 13,794 |
| TOTAL | | $7,186,899 | | $7,186,899 |





# 2020-2021
# FINAL BUDGET

Office of the County Administrator
November 20, 2020



# Table of Contents

| | | | |
|---|---|---|---|
| 20041 | 4049100000 | Children and Families Program | 177 |
| 10001 | 4049400000 | Health Care Contribution | 178 |
| 10001 | 4049500000 | Health Care Services-Administration | 179 |
| 20046 | 4049600000 | Whole Person Care Program | 180 |

## PUBLIC ASSISTANCE

| | | | |
|---|---|---|---|
| 10001 | 5050101000 | Human Services-Administration | 181 |
| 10001 | 5050106000 | HSA-CalWORKs Assistance | 182 |
| 10001 | 5050107000 | HSA-Foster Care | 183 |
| 10001 | 5050108000 | HSA-Adoption Assistance | 184 |
| 10001 | 5050110000 | HSA-General Assistance | 185 |
| 10001 | 5050118000 | HSA-In-Home Supportive Services | 186 |
| 10001 | 5050132000 | HSA-Temporary Homeless Shelter | 187 |
| 10001 | 5050144000 | HSA-Refugee Cash Assistance | 188 |
| 10001 | 5053300000 | Burials | 189 |
| 10001 | 5053900000 | Mary Graham Children's Shelter | 190 |
| 10001 | 5054000000 | Community Services | 191 |
| 10001 | 5054101000 | Aging-Community Services | 192 |
| 20008 | 5055103000 | Employment and Economic Development Department | 193 |
| 10001 | 5055246000 | Neighborhood Preservation | 194 |
| 10001 | 5055600000 | Veterans Service Office | 195 |

## EDUCATION

| | | | |
|---|---|---|---|
| 20018 | 6060900000 | County Library | 196 |
| 10001 | 6061500000 | Cooperative Extension | 197 |

## RECREATION AND CULTURAL SERVICES

| | | | |
|---|---|---|---|
| 10001 | 7070300000 | Parks and Recreation | 198 |
| 10001 | 7070800000 | Cultural Services | 199 |

## INTERNAL SERVICE FUNDS

| | |
|---|---|
| Fleet Services | 201 |
| Information Systems Division | 202 |
| Office Automation | 203 |

| General Funds | 2020-2021 Budget | Percentage of Total |
|---|---|---|
| **Appropriations** | | |
| *Departmental Appropriations* | $976,009,380 | 99.5% |
| *Appropriations for Contingencies* | 5,000,000 | 0.5% |
| *Total Appropriations* | $981,009,380 | 100.0% |
| *Departmental Revenues* | 671,275,555 | 68.4% |
| *Net County Cost* | $309,733,825 | 31.6% |
| | | |
| **Sources of Funding** | | |
| *General Purpose Revenues* | $309,733,825 | 100.0% |
| *Fund Balance* | | |
| *General Fund* | 0 | 0.0% |
| *Total Sources of Funding* | $309,733,825 | 100.0% |

## Spending Plan

The $1,910,352,049 spending plan includes a basic budget totaling $1,445,790,918 plus enterprise funds for the County Service Area (CSA) 31 – Sewer, San Joaquin General Hospital, Solid Waste Division, and Stockton Metropolitan Airport of $464,561,131. The requirements to finance all County programs are allocated in ten functional areas as depicted below:

### 2020-2021 Spending Plan



Environmental Protection $22.6M (1.2%)

Roads & Facilities $109.2M (5.7%)

General Government $82.2M (4.3%)

Parks & Recreation $8.0M (0.4%)

Law & Justice $384.8M (20.1%)

Human Services $464.3M (24.3%)

Contingencies $5.0M (0.3%)

Capital Maintenance $18.6M (1.0%)

Education $7.9M (0.4%)

Health Services $807.8M (42.3%)

**Total: $1.91 Billion**

| BUDGET UNIT | 5050101000 - HUMAN SERVICES-ADMIN |
|---|---|
| FUND | 10001 - GENERAL |
| FUNCTION | PUBLIC ASSISTANCE |
| ACTIVITY | ADMINISTRATION |

| DETAIL BY REVENUE CATEGORY AND EXPENDITURE OBJECT | 2018-2019 ACTUAL | 2019-2020 ACTUAL | 2020-2021 RECOMMENDED | 2020-2021 ADOPTED BY BOARD OF SUPERVISORS |
|---|---|---|---|---|
| **REVENUES** | | | | |
| AID FROM OTHER GOVERNMENTS | 150,548,539 | 153,847,521 | 190,949,113 | 190,949,113 |
| MISCELLANEOUS REVENUES | 3,563 | 8,485 | | |
| OPERATING TRANSFERS IN | 4,688 | | | |
| **TOTAL REVENUES** | **150,556,790** | **153,856,007** | **190,949,113** | **190,949,113** |
| | | | | |
| **EXPENDITURES/APPROPRIATIONS** | | | | |
| SALARIES & BENEFITS | 105,966,971 | 108,349,428 | 123,937,351 | 123,937,351 |
| SERVICES & SUPPLIES | 43,493,249 | 46,954,655 | 60,282,226 | 60,282,226 |
| CENTRALLY-BUDGETED EXPENSES | 5,765,432 | 4,361,930 | 6,574,166 | 6,574,166 |
| FIXED ASSETS | 93,052 | 1,477,268 | 7,804,708 | 7,804,708 |
| COST REIMBURSEMENTS | (4,727,266) | (7,287,097) | (7,649,338) | (7,649,338) |
| **TOTAL EXPENDITURES/APPROPRIATIONS** | **150,591,437** | **153,856,184** | **190,949,113** | **190,949,113** |
| | | | | |
| **NET COST** | **34,647** | **178** | | |

# PROOF OF SERVICE

I, KAYLA FRANCO, declare:

I am over the age of 18 years and not a party to this action. My business address is HERUM \ CRABTREE \ SUNTAG, 5757 Pacific Avenue, Suite 222, Stockton, CA 95207. On the date set forth below, I served the following document:

1. **DEFENDANTS COUNTY OF SAN JOAQUIN AND HUMAN SERVICES AGENCY'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES; and**

2. **DEFENDANTS COUNTY OF SAN JOAQUIN AND HUMAN SERVICES AGENCY'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTION TO DISMISS COMPLAINT**

**[ X ]  BY U.S. MAIL**. By enclosing the document(s) in a sealed envelope(s) addressed to the person(s) set forth below, and placing the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing of correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

*Pro Se Plaintiffs*

Lloyd Thomas Bernhard, II
Stephanie Celeste Tejada-Otero
25526 S. Bird Road
Tracy, California 95304


I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signed on May 13, 2022, at Stockton, California.

_____
KAYLA FRANCO