UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD THOMAS BERNHARD, II, et al., <br><br>　　　　　Plaintiffs, <br><br>　v. <br><br>COUNTY OF SAN JOAQUIN, et al., <br><br>　　　　　Defendants. | Case No. 2:21-cv-00172 JAM DB (PS) <br><br><br><br><br><br>**RELATED CASE ORDER** |
| LLOYD THOMAS BERNHARD, II, et al., <br><br>　　　　　Plaintiffs, <br><br>　v. <br><br>COUNTY OF SAN JOAQUIN, et al., <br><br>　　　　　Defendants. | Case No.: 2:21-cv-00948 JAM DB (PS) |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.

IT IS THEREFORE ORDERED that the actions denominated 2:21-cv-00172 JAM DB (PS) and 2:21-cv-00948 JAM DB (PS) be related within the meaning of Local Rule 123 (E.D. Cal. 2005).

IT IS SO ORDERED.

Dated: May 17, 2022            /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               UNITED STATES DISTRICT COURT JUDGE