1  Lloyd Thomas Bernhard, II, In Pro Se
   25526 S. Bird Road
2  Tracy, California 95304
   T: (209) 362-8330
3  E: bernhardltb@gmail.com

4  Stephanie Celeste Tejada-Otero, In Pro Se
   25526 S. Bird Road
5  Tracy, California 95304
   T: (209) 362-8330
6  E: redwooodforestt@gmail.com

7  Plaintiffs, In Pro Se



JAN - 4 2023


DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD THOMAS BERNHARD, II, An individual, | Case No: 2:21-CV-0172 TLN DB PS |
| STEPHANIE CELESTE TEJADA-OTERO, An individual, | **NOTICE OF ERRATA REGARDING FIRST AMENDED COMPLAINT FILED 12/30/22** |
| Plaintiffs, | |
| Vs. | |
| COUNTY OF SAN JOAQUIN, a public entity, SAN JOAQUIN COUNTY HEALTH AND HUMAN SERVICES AGENCY, a subdivision or entity of THE COUNTY OF SAN JOAQUIN, ADRENNA TORRENCE, an individual, LESLIE BILLINGS, an individual, SONIA PIVA, an individual, SHANNON BLANKENSHIP, an individual, DIANE NOWAK, an individual, VALESQUEZ – first name unknown, an individual, JASMINE CEJA, an individual, ADRIANA CALDERON, an individual, MISTY ARBUCKLE, an individual, DANEVIA RHONE, and individual, MARISOL ENOS-SCHAFFER, an individua; YENI GONZALES, an individual, DOE HHSA Workers 2-10, known but | |

unidentified individuals; and DOES 1 through 50, inclusive,

                Defendants

TO THE COURT AND TO COUNSEL OF RECORD FOR ALL PARTIES:

PLEASE TAKE NOTICE that LLOYD THOMAS BERNHARD, II, PLAINTIFF IN PRO SE and STEPHANIE TEJADA-OTERO, PLAINTIFF IN PRO SE, hereby respectfully submits this NOTICE OF ERRATA REGARDING FIRST AMENDED COMPLAINT FILED WITH THE COURT ON FRIDAY, DECEMBER 30, 2022.

Due to the following set of circumstances, which caused Plaintiffs in Pro Se, FIRST AMENDED COMPLAINT filed with the Court on Friday, December 30, 2022, to be filed with errors:

On Thursday, December 29, 2022, Lloyd Thomas Bernhard, II and Stephanie Tejada-Otero, Plaintiffs in Pro Se, were finalizing their First Amended Complaint to print and timely file the next morning with the Court pursuant to the Court's Order signed December 3, 2022, when all of a sudden, their computer program which held all 64 pages of Plaintiffs' First Amended Complaint had severe technical problems. It was not allowing Plaintiffs to edit their First Amended Complaint properly, was continuously logging Plaintiffs out of the program that held their First Amended Complaint text and not printing properly. Plaintiffs spent that day, night and the next morning trying to fix the problem but ended up having to file their document, First Amended Complaint, with errors so as is to meet the deadline to timely file on Friday, December 30, 2022. Once at the Court Clerk's window in the afternoon on Friday, December 30, 2022, the Court's filing clerk was advised of the

2

NOTICE OF ERRATA REGARDING FIRST AMENDED COMPLAINT FILED 12/30/22
BERNHARD, TEJADA-OTERO vs. COUNTY OF SAN JOAQUIN
Case No.: 2:21-cv-0172 TLN DB PS

problems Plaintiffs had with the First Amended Complaint and asked if they could pay for a copy of the document they just filed because they needed to subsequently work over the weekend to correct it, as their computer program was not allowing them to print a copy of what they had just filed. The Court Clerk advised that the Court does not make copies of any documents for the public, and that there was a copy machine next to her window which could be used. Unfortunately, that copier was not working. Therefore, the Court Clerk was asked when Plaintiffs could get a copy through Pacer. She advised that it would not be scanned into their Docket until Tuesday, January 3, 2023 or Wednesday, January 4, 2023 of the next week because the Court was closed on Monday, January 2, 2023. On Tuesday, January 3, 2023, after checking Pacer hourly since the morning, at about 2:00 p.m. Plaintiffs' First Amended Complaint filed on December 30, 2022, was on the Court's docket and could now be reviewed as to what needed to be corrected as Plaintiffs' program was not allowing Plaintiffs to view the final version of what was presented for filing on December 30, 2022. Now, on Tuesday, January 3, 2023, after review of the posted First Amended Complaint on Pacer, Plaintiffs started over with a new program to have their First Amended Complaint be processed properly, edited properly, and printed properly, which was successful.

In Pro Se Plaintiffs are not allowed to file their documents electronically with the Court, they must file in person with the Clerk.

Therefore, for the above reasons, Plaintiffs respectfully hereby submit their Notice of Errata and file herewith, on January 4, 2023, their corrected FIRST AMENDED COMPLAINT to replace their First Amended Complaint filed with the Court on December 30, 2022.

Respectfully submitted,

3

NOTICE OF ERRATA REGARDING FIRST AMENDED COMPLAINT FILED 12/30/22
BERNHARD, TEJADA-OTERO vs. COUNTY OF SAN JOAQUIN
Case No.: 2:21-cv-0172 TLN DB PS

Dated: January 4, 2023

_____
Lloyd Thomas Bernhard, II,
Plainfiff in Pro Se

Dated: January 4, 2023

_____
Stephanie Celeste Tejada-Otero
Plaintiff In Pro Se