Lloyd Thomas Bernhard, II, In Pro Se
25526 S. Bird Road
Tracy, California 95304
T: (209) 362-8330
E: bernhardltb@gmail.com

Stephanie Celeste Tejada-Otero, In Pro Se
25526 S. Bird Road
Tracy, California 95304
T: (209) 362-8330
E: redwooodforestt@gmail.com

Plaintiffs, In Pro Se

**FILED**

JAN 19 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD THOMAS BERNHARD, II, An individual,<br><br>STEPHANIE CELESTE TEJADA-OTERO, An individual,<br><br>Plaintiffs,<br><br>Vs.<br><br>COUNTY OF SAN JOAQUIN, et al.,<br><br>Defendants | Case No: 2:21-CV-0172 TLN DB PS<br><br>**DECLARATION**<br>**PROOF OF SERVICE** |

1

DECLARATION – PROOF OF SERVICE
BERNHARD, TEJADA-OTERO vs. COUNTY OF SAN JOAQUIN
Case No.: 2:21-cv-0172 TLN DB PS

I _____DILPREET KAILEY_____, declare:

I am over the age of 18 years and not a party to this action. My business address is ServeVelocity, Post Office Box 3148, Modesto, California 95353. On the date set forth below, I served the following documents on behalf of Lloyd Thomas Bernhard, II and Stephanie Celeste Tejada-Otero, Plaintiffs In Pro Se:

1. Summons filed 2-19-21
2. Summons filed 4-1-21
3. Summons filed 1-6-23
4. Civil Cover Sheet filed 1-28-21
5. Complaint filed 1-28-21
6. First Amended Complaint filed 12-30-22
7. Plaintiffs Notice of Errata Regarding First Amended Complaint filed 12-30-22 - filed 1-4-23
8. Corrected First Amended Complaint filed 1-4-23
9. Plaintiffs Notice of No Related Case executed on 1-8-23

Name of Person Served: _____LESLIE BILLINGS_____

Date and Time Person Served: ___1/17/2023 AT 11:45am___

Where Person Served: _____102 South San Joaquin Street, Stockton, CA 95201_____

The documents were served by the following means: **By Substitute Service at employment.**

2

DECLARATION – PROOF OF SERVICE
BERNHARD, TEJADA-OTERO vs. COUNTY OF SAN JOAQUIN
Case No.: 2:21-cv-0172 TLN DB PS

1 | I declare under penalty of perjury under the laws of the State of California that the foregoing
2 | is true and correct.
3 |
4 | Signed on __1/18/2023__ at __LIVINGSTON__, California.
5 |
6 |                                           __DILPREET, KAILEY__
7 |                                           Name of Declarant

                                          Signature of Declarant

DECLARATION – PROOF OF SERVICE
BERNHARD, TEJADA-OTERO vs. COUNTY OF SAN JOAQUIN
Case No.: 2:21-cv-0172 TLN DB PS