1  Lloyd Thomas Bernhard, II, In Pro Se
   25526 S. Bird Road
2  Tracy, California 95304
   T: (209) 362-8330
3  E: bernhardltb@gmail.com

4  Stephanie Celeste Tejada-Otero, In Pro Se
   25526 S. Bird Road
5  Tracy, California 95304
   T: (209) 362-8330
6  E: redwooodforestt@gmail.com

7  Plaintiffs, In Pro Se

8

**FILED**

**JAN 3 1 2023**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

9          **IN THE UNITED STATES DISTRICT COURT**

10        **FOR THE EASTERN DISTRICT OF CALIFORNIA**

11

12  LLOYD   THOMAS   BERNHARD,   II,   An       Case No: 2:21-CV-0172 TLN DB PS
    individual,
13                                              **AMENDED
                                                DECLARATION**
14  STEPHANIE   CELESTE   TEJADA-OTERO,   An    **PROOF OF SERVICE**
    individual,
15                                              **(SUBSTITUTED   SERVICE   ON   DEFENDANTS
                                                YENI   GONZALES,   LESLIE   BILLINGS,**
16                                              **VALESQUEZ, First Name Unknown, JASMINE
                                                CEJA,   ADRIANA   CALDERON,   MISTY**
17                              Plaintiffs,     **ARBUCKLE, SHANNON BLANKENSHIP)**

18  Vs.

19

20  COUNTY OF SAN JOAQUIN, et al.,

21

22                              Defendants

23  ─────────────────────────────────────────

24  ///

25  ///

1  I _____DILPREET KAILEY_____, declare:

2
3  I am over the age of 18 years and not a party to this action.  My business

4  address is ServeVelocity, Post Office Box 3148, Modesto, California 95353.  On

5  the date set forth below, I served the following documents on behalf of Lloyd

6
7  Thomas Bernhard, II and Stephanie Celeste Tejada-Otero, Plaintiffs In Pro Se:

8  1.  Summons filed 2-19-21

9  2.  Summons filed 4-1-21

10  3.  Summons filed 1-6-23

11  4.  Civil Cover Sheet filed 1-28-21

12  5.  Complaint filed 1-28-21

13  6.  First Amended Complaint filed 12-30-22

14  7.  Plaintiffs Notice of Errata Regarding First Amended Complaint filed 12-30-22 -

15      filed 1-4-23

16  8.  Corrected First Amended Complaint filed 1-4-23

17  9.  Plaintiffs Notice of No Related Case executed on 1-8-23

18  Name of Person(s) Served:

19  YENI GONZALES c/o Tina Wemyss, Office Supervisor, Copy of Business Card Attached

20  hereto

21  LESLIE BILLINGS c/o Tina Wemyss, Office Supervisor, Copy of Business Card Attached hereto

22  VALESQUEZ, First Name Unknown c/o Tina Wemyss, Office Supervisor, Copy of Business

23  Card Attached hereto

24  JASMINE CEJA c/o Tina Wemyss, Office Supervisor, Copy of Business Card Attached hereto

25  ADRIANA CALDERON c/o Tina Wemyss, Office Supervisor, Copy of Business Card Attached

    hereto

2

1  MISTY ARBUCKLE c/o Tina Wemyss, Office Supervisor, Copy of Business Card Attached

2  hereto

3  SHANNON BLANKENSHIP c/o Tina Wemyss, Office Supervisor, Copy of Business Card

4  Attached hereto

5  Date and Time Person(s)s Served:___ 1/17/2023 AT 11:45am

6  Where Person(s) Served:_____ Human Services Agency, County of San Joaquin 102 South San

7  Joaquin Street, Stockton, CA 95201_____

8  The documents were served by the following means:  **By Substitute Service at employment.**

9  I declare under penalty of perjury under the laws of the State of California that the foregoing

10  is true and correct.

11  Signed on____1/30/2023_____ at __Tracy____, California.

12  DILPREET KAILEY___

13  Name of Declarant                              Signature of Delcarant

DECLARATION – AMENDED DECLARATION PROOF OF SERVICE (SUBSTITUTED)
BERNHARD, TEJADA-OTERO vs. COUNTY OF SAN JOAQUIN
Case No.: 2:21-cv-0172 TLN DB PS

Photo ⌄

HUMAN SERVICES AGENCY

Tina-wemyss.
209-468-1068

**KIRSTEN SCHULTZE**
*Sr Administrative Supervisor*
*Administrative Services Bureau*
*Management Services Division*

P:  (209) 468-1037
E:  kschultze@sjgov.org

P.O. Box 201056
102 South San Joaquin Street
Stockton, CA 95201-3...
www.sjchsa.org

**SAN JOAQUIN**
— C O U N T Y —
*Greatness grows here.*