1  Lloyd Thomas Bernhard, II, In Pro Se
   25526 S. Bird Road
2  Tracy, California 95304
   T: (209) 362-8330
3  E: bernhardltb@gmail.com

4  Stephanie Celeste Tejada-Otero, In Pro Se
   25526 S. Bird Road
5  Tracy, California 95304
   T: (209) 362-8330
6  E: redwooodforestt@gmail.com

7  Plaintiffs, In Pro Se

**FILED**

JAN 31 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD THOMAS BERNHARD, II, An individual, | Case No: 2:21-CV-0172 TLN DB PS |
| STEPHANIE CELESTE TEJADA-OTERO, An individual, | **DECLARATION OF DILIGENCE** |
| Plaintiffs, | |
| Vs. | |
| COUNTY OF SAN JOAQUIN, et al., | |
| Defendants | |

///
///

1

DECLARATION OF DILIGENCE
BERNHARD, TEJADA-OTERO vs. COUNTY OF SAN JOAQUIN
Case No.: 2:21-cv-0172 TLN DB PS

I  <u>DILPREET KAILEY</u>, declare:

I am over the age of 18 years and not a party to this action. My business address is ServeVelocity, Post Office Box 3148, Modesto, California 95353.

I received the within assignment on behalf of Plaintiffs In Pro Se, Lloyd Thomas Bernhard, II, and Stephanie Tejada Otero, for service on January 9, 2023 as follows:

Documents received to be Served:

1. Summons filed 2-19-21
2. Summons filed 4-1-21
3. Summons filed 1-6-23
4. Civil Cover Sheet filed 1-28-21
5. Complaint filed 1-28-21
6. First Amended Complaint filed 12-30-22
7. Plaintiffs Notice of Errata Regarding First Amended Complaint filed 12-30-22 - filed 1-4-23
8. Corrected First Amended Complaint filed 1-4-23
9. Plaintiffs Notice of No Related Case executed on 1-8-23

Servee and Address: **ADRIANA CALDERON**, Home: 217 N. Patton Avenue, Stockton, CA 95207

Attempts as enumerated below:

DECLARATION OF DILIGENCE
BERNHARD, TEJADA-OTERO vs. COUNTY OF SAN JOAQUIN
Case No.: 2:21-cv-0172 TLN DB PS

1) January 10, 2023, 6:30 a.m. PST at Home: 217 N. Patton Avenue, Stockton, CA 95207 – NO RESPONSE. GATED RANCH HOME.
2) January 11, 2023, 3:29 p.m. PST at Home: 217 N. Patton Avenue, Stockton, CA 95207 – NO RESPONSE AT RESIDENCE. NO ACTIVITY AT LOCATION. GATED RANCH HOUSE.
3) January 15, 2023, 1:25 p.m. PST at Home: 217 N. Patton Avenue, Stockton, CA 95207. GATED RANCH PROPERTY. (JOHN DOE, HISPANIC MALE, 40-50 YEARS OLD, 170 LBS. BLACK HAIR) PER RESIDENT WHO CAME TO GATE STATED SUBJECT DOES NOT LIVE HERE. RESIDENT WAS UNCOOPERATIVE AND REFUSED TO PROVIDE ANY ADDITIONAL INFORMATION, COULD NOT BE CERTAIN IF RESIDENT WAS LYING.

Servee and Address: **LESLIE BILLINGS**, Home: 5866 Wilkins Avenue, Oakdale, CA 95361

Attempts as enumerated below:

1) January 15, 2023, 2:00 p.m. PST at Home: 5866 Wilkins Avenue, Oakdale, CA 95361 GATED RANCH PROPERTY. HOME HAS LAST NAME OF SUBJECT ON IT. HONKED FROM GATE. 6 DOGS CAME TO GATE. WHITE FEMALE 50-60 YEARS OLD INSIDE LOOKING OUT OF RESIDENCE BUT REFUSED TO COME TO THE GATE OR ACCEPT SERVICE. COURTESY COPY LEFT. I BELIEVE THIS WAS THE DEFENDANT.

Servee and Address: **SHANNON BLANKENSHIP**, Home: 4831 Greensboro Way, Stockton, CA 95207

Attempts as enumerated below:

1) January 10, 2023, 6:50 a.m. PST at Home: – 4831 Greensboro Way, Stockton, CA 95207 NO RESPONSE AT RESIDENCE.
2) January 11, 2023, 5:15 p.m. PST at Home: 4831 Greensboro Way, Stockton, CA 95207
3) January 15, 2023, 12:07 p.m. PST at Home: 4831 Greensboro Way, Stockton, CA 95207. PER THE CURRENT RESIDENT (JOHN DOE, HISPANIC

3

DECLARATION OF DILIGENCE
BERNHARD, TEJADA-OTERO vs. COUNTY OF SAN JOAQUIN
Case No.: 2:21-cv-0172 TLN DB PS

MALE 35-30 YEARS, 5'8", 160 LBS, BLACK HAIR) NO RESPONSE AT SUBJECT IS UNKNOWN AT THIS ADDRESS.

Servee and Address: **YENI GONZALES,** Home: 800 Waterman Avenue, Lathrop, CA 95330

Attempts as enumerated below:

1) January 12, 2023, 7:04 a.m. PST at Home: 800 Waterman Avenue, Lathrop, CA 95330. Address does not exist
2) January 13, 2023, 6:50 p.m. at Home: 800 Waterman Avenue, Lathrop, CA 95330. No response at residence

Servee and Address: **MISTY ARBUCKLE**, Home: 6445 Usher Drive, Valley Springs, California 95252

Attempts as enumerated below:

1) January 11, 2023, 4:35 a.m. PST at Home: 6445 Usher Drive, Valley Springs, California 95252. NO RESPONSE AT RESIDENCE. WHITE JEEP PRESENT.
2) January 12, 2023, 12:30 p.m. PST at Home: 645 Usher Drive, Valley Springs, California 95252. PER CURRENT RESIDENT (JANE DOE, HISPANIC FEMALE, 240 LBS., BLACK HAIR, 5'7") SHE BOUGHT THE HOME IN 2017 AND THE SUBJECT IS UNKNOWN TO HER. THIS IS THE GONZALEZ RESIDENCE.

Servee and Address: **JASMINE CEJA**, Home: 2168 S. Laurel Street, Stockton, CA 95206

Attempts as enumerated below:

1) January 10, 2023, 7:15 p.m. PST at Home: 2168 S. Laurel Street, Stockton, CA 95206. NO RESPONSE AT RESIDENCE.
2) January 14, 2023, 6:22 p.m. PST at Home: 2168 S. Laurel Street,

4

DECLARATION OF DILIGENCE
BERNHARD, TEJADA-OTERO vs. COUNTY OF SAN JOAQUIN
Case No.: 2:21-cv-0172 TLN DB PS

Stockton, CA 95206. PER CURRENT RESIDENT (JOHN DOE, HISPANIC MALE, 40 YEARS, 5'8", BLACK HAIR) SUBJECT UNKNOWN AT THIS LOCATION. GATED RESIDENCE. I HONKED FROM GATE TO GET RESIDENTS ATTENTION.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signed on __1/31/2023__ at __TRACY__, California.

__DILPREET KAILEY__
Name of Declarant                                  Signature of Declarant

---

DECLARATION OF DILIGENCE
BERNHARD, TEJADA-OTERO vs. COUNTY OF SAN JOAQUIN
Case No.: 2:21-cv-0172 TLN DB PS