Lloyd Thomas Bernhard, II, In Pro Se
25526 S. Bird Road
Tracy, California 95304
T: (209) 362-8330
E: bernhardltb@gmail.com

Stephanie Celeste Tejada-Otero, In Pro Se
25526 S. Bird Road
Tracy, California 95304
T: (209) 362-8330
E: redwooodforestt@gmail.com

Plaintiffs, In Pro Se

**FILED**

JAN 31 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD THOMAS BERNHARD, II, An individual,<br><br>STEPHANIE CELESTE TEJADA-OTERO, An individual,<br><br>Plaintiffs,<br><br>Vs.<br><br>COUNTY OF SAN JOAQUIN, et al.,<br><br>Defendants | Case No: 2:21-CV-0172 TLN DB PS<br><br>**PROOF OF SERVICE BY MAIL** |

///
///

1

I     DILPREET KAILEY     , declare:

I am over the age of 18 years and not a party to this action. My business address is ServeVelocity, Post Office Box 3148, Modesto, California 95353. On January 31, 2023, I served the following documents on behalf of Lloyd Thomas Bernhard, II and Stephanie Celeste Tejada-Otero, Plaintiffs In Pro Se:

1. Summons filed 2-19-21
2. Summons filed 4-1-21
3. Summons filed 1-6-23
4. Civil Cover Sheet filed 1-28-21
5. Complaint filed 1-28-21
6. First Amended Complaint filed 12-30-22
7. Plaintiffs Notice of Errata Regarding First Amended Complaint filed 12-30-22 - filed 1-4-23
8. Corrected First Amended Complaint filed 1-4-23
9. Plaintiffs Notice of No Related Case executed on 1-8-23

The documents were served by the following means: **By United States Mail with appropriate postage.**

I enclosed the documents in a sealed envelope or package addressed in a separate envelope/package each to the following persons: **Adriana Calderon, Leslie Billings, Shannon Blankenship, Yeni Gonzales, Misty Arbuckle, Jasmine Ceja.**

Addressed as follows to each individual in their own separate envelope/package: **c/o Tina Wemyss, Office Supervisor, Human Services Agency, County of San Joaquin, 102 South San Joaquin Street, Stockton, CA 95201**

2

PROOF OF SERVICE BY MAIL
BERNHARD, TEJADA-OTERO vs. COUNTY OF SAN JOAQUIN
Case No.: 2:21-cv-0172 TLN DB PS

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signed on __1/31/2023__ at __TRACY__, California.

DILPREET KAILEY
Name of Declarant

Signature of Declarant

3

PROOF OF SERVICE BY MAIL
BERNHARD, TEJADA-OTERO vs. COUNTY OF SAN JOAQUIN
Case No.: 2:21-cv-0172 TLN DB PS