UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD THOMAS BERNARD, II; STEPHANIE CELESTE TEJADA-OTERO,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN JOAQUIN, et al.,<br><br>Defendants. | No. 2:21-cv-0172 TLN DB PS<br><br><u>ORDER</u> |

Plaintiffs commenced this action on January 28, 2021, by filing a complaint and paying the required filing fee. (ECF No. 1.) At that time plaintiffs were proceeding pro se. Accordingly, the matter was referred to the undersigned pursuant to Local Rule 302(c)(21). However, attorney Shawn McMillian has now appeared on behalf of plaintiffs and sought to substitute in as plaintiffs' counsel. (ECF Nos. 58 & 59.)

Because plaintiffs are no longer proceeding pro se, Local Rule 302(c)(21) no longer applies and, accordingly, the case will be referred back to the assigned District Judge. Therefore, all pretrial motions, other than discovery motions, should now be noticed for hearing before the District Judge assigned to this action. The assigned magistrate judge shall continue to perform all duties described in Local Rule 302(c)(1)-(20).

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Counsel's requests to substitute in as counsel of record (ECF Nos. 58 & 59) are granted;

2. This matter is referred back to the District Judge assigned to this action pursuant to Local Rule 302(c)(21);

3. All dates pending before the undersigned are vacated; and

4. Henceforth the caption on documents filed in this action shall be No. 2:21-cv-0172 TLN DB with the "PS" designation being eliminated.

IT IS SO ORDERED.

Dated:  March 1, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/bernhard0172.referback.ord