Shawn A. McMillan (SBN: 208529)
THE LAW OFFICE OF SHAWN A. MCMILLAN, APC
4955 Via Lapiz
San Diego, CA 92122
Phone: (858) 646-0069
Fax: (858) 746-5283
Email: attyshawn@netscape.net

Samuel H. Park (SBN: 261136)
LAW OFFICE OF SAMUEL H. PARK, APC
374d Bergin Drive
Monterey, CA 93940
Phone: (831) 529-5955
Email: sam@sampark.lawyer

Attorneys for Plaintiffs,
Lloyd Thomas Bernard, II and Stephanie Celeste Tejada-Otero

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD THOMAS BERNARD, II, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SAN JOAQUIN, et al., <br><br> Defendants. | Case No. 2:21-cv-00172-TLN-DB <br><br> **STIPULATION AND ORDER TO VACATE HEARINGS ON MOTIONS TO DISMISS AND FOR LEAVE TO FILE SECONDAMENDED COMPLAINT** <br><br> Judge:  Hon. Troy L. Nunley <br> Courtroom:  2, 15th Floor |

/ / /

/ / /

/ / /

- 1 -

1    WHEREAS: Pro Se Plaintiffs Bernhard, and Tejada-Otero recently

2  obtained counsel to assist them in the prosecution of their civil rights case. [Dkt.

3  #s 58–61.]

4    WHEREAS: There are presently four motions to dismiss pending. [*See,*

5  Dkt.#s 31, 47, 53, and 54.]

6    WHEREAS: As the matter stands, the time has passed for Plaintiffs to

7  file oppositions to the motions appearing at Docket Numbers 31, 47, and 53.

8    WHEREAS: Defendants' motions raise multiple issues, ranging from

9  absolute immunity to improper service and other issues. [*See,* Dkt.#s 31, 47, 53,

10  and 54.]

11    WHEREAS: Plaintiffs already have filed, in addition to their original

12  complaint, two "First Amended Complaints." [Dkt. #s 26–28.]

13    WHEREAS: Now that Plaintiffs have retained counsel with substantial

14  experience prosecuting this type of civil rights case, their counsel has requested,

15  and defense counsel has agreed, as a compromise, to allow Plaintiffs an

16  opportunity to file another amended complaint with the assistance of

17  experienced counsel as described in this stipulation.

18    WHEREAS: Plaintiffs' new counsel has had an opportunity to review the

19  First Amended Complaint, a portion of the underlying juvenile dependency case

20  file, and interview the Plaintiffs. Based on said preliminary investigation efforts

21  Plaintiffs' counsel has represented that "it appears that the warrant issued at the

22  outset was defective, and the application for it might also have been defective.

23  But, from what I can tell, that warrant does not appear to have ever been

24  executed. In short, it does not look like there is an unwarranted seizure claim

25  arising from the fist warrant issued." Thus, the proposed amendment will

26  eliminate/dismiss all claims arising from the seizure or removal of the children,

27  including any purported *Monell* claim arising from any such seizure or removal.

28

- 2 -

STIPULATION AND ORDER TO VACATE HEARINGS ON MOTIONS TO DISMISS
AND FOR LEAVE TO FILE SECONDAMENDED COMPLAINT

1    WHEREAS: Plaintiffs' counsel will dismiss without prejudice those

2  defendants as to whom his current investigations reveal no basis for a claim,

3  which will include, without limitation Defendants San Joaquin County Human

4  Services Agency, Diane Nowak, "Valesquez," Jasmine Ceja, Adriana Calderon,

5  Danevia Rhone, Marisol Enos-Schafer, Adrenna Torrence, Shannon

6  Blankenship (Siviengkham), and Yeni Gonzalaez.

7    WHEREAS: The amended complaint will be limited to claims for relief

8  based on alleged unwarranted and/or improper medical examinations and/or

9  procedures and allegations of deceptive presentation of evidence in Juvenile

10  Court reports filed after January 15, 2019, during the pendency of the juvenile

11  case.

12    WHEREAS: Taking account of the current circumstances as set out

13  above, the parties, through their respective counsel, agree that the currently

14  pending motions to dismiss shall be withdrawn and the hearing dates shall be

15  vacated. In addition, Plaintiffs' new counsel shall have 30 days within which to

16  file Plaintiffs' Second Amended Complaint.

17    WHEREAS: Defendants reserve the right to assert any and all defenses,

18  and shall have 30 days from service of the Second Amended Complaint to

19  move, plead, or otherwise respond to it.

20    SO STIPULATED.

21

22  March 1, 2023          The Law Offices of Shawn A. McMillan, APC.
                           /S/ Shawn A. McMillan
23                         Shawn A. McMillan, Esq.
                           Counsel for all Plaintiffs
24

25

26  March 1, 2023          Herum Crabtree Suntag
                           /S/ Dana Suntag, Esq.
27                         Dana Suntag, Esq.
                           Counsel for Defendants County of San Joaquin,
28                         Human Services Agency, Sonia Piva, Adrenna
                           Torrence, Marisol Enos-schaffer, Danevia

STIPULATION AND ORDER TO VACATE HEARINGS ON MOTIONS TO DISMISS
AND FOR LEAVE TO FILE SECONDAMENDED COMPLAINT

Rhone, Diane Nowak, Shannon Blankenship, Misty Arbuckle, Jazmin Ceja, Adriana Calderon, Yeni Gonzales (Not on Behalf of Defendants Leslie Billings or "Valesquez," who have not been served with process).

**FINDING GOOD CAUSE, IT IS SO ORDERED.**

Dated: March 2, 2023

_____
Troy L. Nunley
United States District Judge

STIPULATION AND ORDER TO VACATE HEARINGS ON MOTIONS TO DISMISS
AND FOR LEAVE TO FILE SECONDAMENDED COMPLAINT