| | |
|---|---|
| Shawn A. McMillan (SBN: 208529)<br>THE LAW OFFICE OF SHAWN A. MCMILLAN, APC<br>4955 Via Lapiz<br>San Diego, CA 92122<br>Phone: (858) 646-0069<br>Fax: (858) 746-5283<br>Email: attyshawn@netscape.net<br><br>Samuel H. Park (SBN: 261136)<br>LAW OFFICE OF SAMUEL H. PARK, APC<br>374d Bergin Drive<br>Monterey, CA 93940<br>Phone: (831) 529-5955<br>Email: sam@sampark.lawyer<br><br>Attorneys for Plaintiffs, Lloyd Thomas Bernhard, II and Stephanie Celeste Tejada-Otero | |
| LLOYD THOMAS BERNHARD, II, et al.,<br><br>      Plaintiffs,<br><br>    v.<br><br>COUNTY OF SAN JOAQUIN, et al.,<br><br>      Defendants. | **UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>ROBERT T. MATSUI UNITED STATES COURTHOUSE**<br>501 "I" St.<br>Sacramento, CA 95814 |
| | Case No.:  2:21-cv-00172-TLN-DB |
| | **PROOF OF SERVICE** |

At the time of service, I was over 18 years of age and not a party to this action. My business address is 374d Bergin Drive, Monterey, CA 93940.

On 5/12/2023, I served the following documents:

1. MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT SONIA PIVA'S MOTION TO STRIKE

The documents were served on the persons identified in the attached **Service List** as follows:

    [X]  **Electronic Filing.**   I electronically filed with the Clerk of the Court a true and correct copy of the original as indicated above. I am informed and believe that such filing automatically generates and sends a Notice of Electronic Filing (NEF) by e-mail to all registered parties in the case. In addition, I hereby certify that I mailed the same documents as indicated above to all parties who are not registered for the CM/ECF system, if any such exist.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  5/12/2023        By:   /s/ Samuel H. Park
                                            Samuel H. Park

**SERVICE LIST**
*Lloyd Thomas Bernhard II, et al. v. County of San Joaquin, et al.*
2:21-cv-00172-TLN-DB

| | |
|---|---|
| Dana A. Suntag<br>Herum Crabtree Suntag<br>5757 Pacific Ave, Ste 222,<br>Stockton, CA 95207<br>dsuntag@herumcrabtree.com | **Attorney for Defendants County of San Joaquin, Sonia Piva, Yeni Gonzales, and Leslie Billings** |
| Shawn A. McMillan<br>Law Offices of Shawn A. McMillan, APC<br>4955 Via Lapiz<br>San Diego, CA 92122<br>attyshawn@netscape.net; mshestia@gmail.com | **Co-Counsel for All Plaintiffs** |