# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD THOMAS BERNHARD, et al.,<br><br>    Plaintiffs,<br>vs.<br><br>LESLIE BILLINGS, et al.,<br><br>    Defendants. | Case No.: 2:21-cv-00172-TLN-SCR<br><br>**ORDER GRANTING STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER** |

**ORDER**

The Court, having considered the parties' objections and stipulation, and good cause appearing, rules as follows:

The relief the parties request is GRANTED, and the modified dates are as follows:

| Deadline | Current Date (Doc. No. 97) | New Date |
|---|---|---|
| Initial disclosures | None | 28th day following entry of the parties' stipulated protective order |
| Fact discovery cutoff | Mar. 28, 2025 | Jan. 12, 2026 |
| Expert witness disclosures | May 7, 2025 | Feb. 23, 2026 |
| Rebuttal expert witness disclosures | Jun. 26, 2025 | Apr. 13, 2026 |
| Last day to supplement disclosures and discovery | Aug. 25, 2025 | Jun. 11, 2026 |
| Dispositive motion deadline | Sept. 24, 2025 | Jul. 13, 2026 |

Dated: November 14, 2024

_____
Troy L. Nunley
Chief United States District Judge